UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul O'Dea, | ) |
|       Plaintiff/Petitioner, | ) |
| v. | ) Civil Action No. 18-cv-11304-LTS |
| Tania Arruda, | ) |
|       Defendant/Respondent. | ) |

ORDER ON MOTION FOR SUMMARY JUDGMENT (DOC. NO. 24)

March 26, 2019

SOROKIN, J.

On February 13, 2019, the respondent, Tania Arruda, filed a motion for summary judgment. Doc. No. 24. The petitioner, Paul O'Dea, opposed. Doc. No. 35. After careful consideration of the evidence submitted by both parties and the applicable law, the Court concludes that there exists a genuine dispute of material fact as to whether Mr. O'Dea had custody rights under Irish law at the time Ms. Arruda brought their child to the United States. Accordingly, the motion for summary judgment is DENIED.

A bench trial in this matter is set to commence on May 6, 2019. All other dates in the Court's previously issued scheduling order, Doc. No. 21, remain in full effect.

SO ORDERED.

  /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge